

FILED

2022 JUN 01 PM 2: 47

Virginia Marie DeVault ©
℅ 227 Cedarwood Court
Haines City, Florida [33844]

May 28, 2022

Ally Bank/Ally Financial
Attn; Jeffery J. Brown, CEO
PO Box 380903
Bloomington, MN 55438-0903

United States District Court
Middle District Florida, Clerk of Court
401 West Central Boulevard
Orlando, Florida 32801

Rapid Recovery Agency Inc - Orlando
1832 Saturn Boulevard
Orlando, Florida 32837

Rapid Recovery Agency Inc - Hollywood
2152 Johnson Street
Hollywood, Florida 33020

## COURT SET-OFF AND DEMAND LETTER

To All Principles, Agents and Parties,

**NOTICE TO AGENTS IS NOTICE TO PRINCIPLES AND NOTICE TO PRINCIPLES IS NOTICE TO AGENTS**

FACTS:   Our unincorporated American Federation of States dba The United States of America, since 1776 is alive, well and all of our 50 State Assemblies are in Session.  It is the Delegator of any "shared powers" that had been defined in each of the three (3) Constitutions; the Federal Constitution 1787 (American), the Territorial Constitution 1789 (British) and the Municipal Constitution 1790 (Pope's City-state).  The governmental service entities of "the" United States of America, Inc and "the" United States, Inc are overseen by **the Principles** to the Constitutions, namely HRH Queen Elizabeth II  and Pope Francis respectively.  They are ultimately responsible for the criminal negligence and misadministration of these federal subcontractors on our soil, and the multiple bankruptcies of them.  The United States of America, Unincorporated is not renewing any contract for either of these entities or any of attempted "reorganization" or "renaming" of them due to their long history of at least Gross Breach of Trust and Fraud perpetrated against their employers, the American People.  I am an American and stand under the Public Law, not statutory law.  And now that the Florida Assembly is in Session, there are no grounds for anyone to presume anything else.

I have rebutted the presumption that the ALL capitalized lettered name is synonymous to the living soul that IT was criminally created after, at my nativity via the Birth Certificate.  This action deliberately converted my identity into a LEGAL PERSON, a dead entity/corporation, "property" of the U. S. governmental services contractors.  It took away my American National identity, my God Given Rights and the Bill of Rights, my protections of the Constitutions and placed my identity into the sea jurisdiction of the dead/corporate and transactions in commerce realm.  I have never knowingly, willingly or voluntarily accepted or participated as a Transactor in commerce, and rebutted the presumption that I have accepted or acted in any Territorial or Municipal citizenship capacity.  I've been denied my true identity as the living American State Citizen I have always known myself to be.

back of page deliberately blank

I have provided documentation to show that I have corrected the Public Record and returned my identity on to the land and soil jurisdiction and the realm of reality for all living souls.   I have also made Jeffery J. Brown, CEO aware of the internet site to verify all of my documentation, on the Land Recording System to concretely prove my statements as fact. This site is verify.AmericaUnincorporated.org.

Mr. Brown has also been made aware of my **Private Registered Indemnity Bond AMRI0001 RA393427640US - New York** and my demand to have my exemptions, remedies and reliefs, as denoted in Title 50 § 7 (c) and (e), to adjust and discharge this purchase with my tax exemption.  Americans are by nature exempt, pre-paid for we are the employers who pay for and allow all businesses to exist.

**This is the evidence of the case**;

- The "Contract" is written in two dissimilar languages, English and DOG LATIN, and therefore null and void ab initio.  FRAUD.
- The Law of Kinds states "there is a firm and not-to-be trespassed boundary" which, referring to contracts, can ONLY be between like entities.
- "Personation Crimes" of at least; human trafficking, ID theft, fraud, extortion, impersonation
- Unconscionable Contracts; at my nativity (Birth Certificate Registration)
- My correction of identity, on the Public Record, to **reclaim** my American State Citizen status.
- I have proven to be a "victim of crime".   I refer to the **Commercial Lien S. E. C. Tracer Number 2640220 as I am a "victim of crime"**.

The entity Ally Bank/Ally Financial, which actively perpetuates these frauds for self enrichment, and Mr. Jeffery J. Brown has **denied my remedy to adjust and discharge this with my tax exemption.**  Fraud has NO statue of limitation and once it is called out it must be dealt with. Violations of at least 18 USC 2333, 18 USC 1341 and 18 USC 1342 have also been committed and can be charged to full commercial liability and penalties against the corporations and persons associated to this situation.

My private automobile; a Red 2017 Hyundai Santa FE XL with VIN# KM8SN4HF6HU244827 and my private property within it; which is listed on the **Rapid Recovery Agency Inc.- Orlando's** Inventory list (5/17/22), have been repossessed, at "Ally's" instruction, on May 17, 2022 **claiming it as "collateral"**.

I am in receipt (5/18/22) from Ally financial, again another unanimous letter, therefore Mr. Jeffery J. Brown, CEO is the living soul I must communicate with because I am lawful and like kind entities must interact with each other.  The communication is the **NOTICE OF OUR PLAN TO SELL PROPERTY- Agreement Number 228000655070** stating; **"We will sell your vehicle at private sale sometime after June 2, 2022."**   There is also a listing of Expenses ("retaking the vehicle" for $400) as well as paying past due and late fees of $1808.22.  It also states my property is at Rapid Recovery Agency Inc- Orlando, Florida at 1832 Saturn Boulevard, Orlando, Florida 32837, **but my private automobile may be relocated** to Orlando Longwood Auto Auction, 2800 N US Highway 17/92, Longwood, Florida 32750-3717 for storage and/or preparation for sale.

I am in receipt (5/17/2022) from Rapid Recovery Agency- Hollywood location, of **Notice of Seizure and Personal Property Inventory, Case # 2106638687 / Reference # 251754 /Acct # 228000655070.**

back of page deliberately blank

There are potential unknown charges for me to incur, which would include charges for me to rent a vehicle in order to get to the location my property is at in order to obtain repossession of my private property from Rapid Recovery Agency Inc.- Orlando/Hollywood.

**These are my demands to rectify this unfortunate situation:**

1- All presumptions against "vessels" known as VIRGINIA M DEVAULT and all permutations of same are tax exempt, pre-paid, and not to be subject to seizure as enemies of any sort under any international law or rule of Admiralty including the Law of Prizes and they are permanently domiciled on the land and soil of New York.  Virginia Marie DeVault is a declared and recorded living woman, an American State Citizen, a Floridian and therefore not responsible to any foreign laws.

2- I demand that the "account" be adjusted and discharged, for the total amount of the purchase price, as documented on the "Contract"; $20,630.96 (NO interest charges) minus the 12 payments previously made totaling  $5046.12, leaving **a balance of $15,584.84 to be adjusted and discharged via my Private Registered Indemnity Bond AMRI0001 RA393427640US - New York.**

3- **I will not be charged for any additional fees** as listed in the Notice from Ally nor potential fees from Rapid Recovery to regain possession of my stolen property.

4- I demand that a "Bill of Sale", stating payment in full, be produced to obtain compete lawful ownership of my property.  "Title" of this automobile to be released, without any encumbrances or ownership interests of any party, to Virginia Marie DeVault, written in proper English not DOG LATIN, and a separate statement from "Ally" satisfying this account in FULL.

5- Due to the harm and inconvenience incurred by me from this episode and to prevent incurring additional unjustified charges against me, **I demand to have my property, the above noted automobile with all of my private property, as on the Inventory List, unharmed and in as-found condition, returned to my home location 227 Cedarwood Court, Haines City, Florida 33844, within 7 days of receipt of this letter free of charge.**

  I pray that my realistic and honorable demands will be agreed to.  If they are not, I will file charges and initiate billing for my harm and inconvenience, per my Notice of Intent-Fee Schedule, which Mr. Jeffery J. Brown, CEO was also in receipt of on 4 occasions.  If my demands are not met, within 7 days of receipt of this letter, the following charges will be applied to each party listed above:

**Car/Personal Property Trespass, Carjacking, Theft, Interference in Commerce:**

| | |
|---|---|
| Color of Law | $ 150,000 |
| Implied Color of Law | $ 150,000 |
| Criminal Coercion | $ 500,000 |
| Fraud | $1,000,000 |
| Grand Larceny | $ 250,000 |
| Larceny by Extortion | $1,000,000 |
| Obstruction of Justice | $ 100,000 |
| Obtain Property by False Pretenses | $1,000,000 |
| Trespass on Motor Conveyance | $ 100,000 |
| Unauthorized Relocation of Motor Conveyance | $ 100,000 |

back of page deliberately blank

| | |
|---|---|
| Seizure of Motor Conveyance | $  100,000 |
| Theft of License Plate | $   10,000 |

**Produce any personal Information/property for any kind of business interaction:**

| | |
|---|---|
| Property inside of motor vehicle | $  150,000 |
| **Trespass-Fee Schedule:** | |
| Failure to honor God Given Rights | $   20,000 |
| **Grand total bill** | **$4,620,000** paid in lawful money USD |

      This behavior which was perpetrated against an innocent, lawful and honorable American State Citizen should not have occurred from the outset. **We are all victims of a criminal system** that is heartless and all around evil in its practices. Profit at any cost or means is NOT the American way. Honestly earned success because we enjoy interacting and working with our fellow American neighbors is our way. If the system was lawful and honest we would be able to truly have and give Good Faith service, have respect for one another and find our true joy in life again! That is my goal and I pray that my fellow man-kind, woman-kind and child-kind desire the same honorable, honest and respectful society that we all would thrive in with a true brotherhood for each other. In peace and honor for a peaceful justified solution.

Your fellow American neighbor,

By: *Virginia Marie DeVault ©*

Virginia Marie DeVault ©
All Rights Reserved, Without Prejudice

Enclosed: Copy of Criminal Incident Report
      Notice of Seizure and Personal Property Inventory; Rapid Recovery Agency
      Notice of Our Plan to Sell Property; "Ally"

**NOTICE TO AGENTS IS NOTICE TO PRINCIPLES AND NOTICE TO PRINCIPLES IS NOTICE TO AGENTS**

back of page deliberately blank